**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The Ohana Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4005767** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **145 North Avenue, Suite G** <br> **Hartland, WI 53029** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Waukesha** <br> County | **Location of principal assets, if different from principal place of business** <br> **SEE ATTACHED** <br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)  _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor   **The Ohana Group, LLC**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor    **The Ohana Group, LLC**                                              Case number (*if known*) _____
          Name

**10.  Are any bankruptcy cases**  ■ No
       **pending or being filed by a**  ☐ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in**    *Check all that apply:*
      ***this district?***
                         ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                         ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**   ■ No
       **have possession of any**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**             **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                    **Is the property insured?**
                                    ☐ No

                                    ☐ Yes.   Insurance agency  _____
                                             Contact name       _____
                                             Phone              _____

---

████  **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
       **available funds**
                                   ■ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
       **creditors**              ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                                  ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000           ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Debtor    **The Ohana Group, LLC**                                    Case number (*if known*)
    Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **The Ohana Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2023**
MM / DD / YYYY

**X** /s/ Nikol S. Gerou
Signature of authorized representative of debtor

**Nikol S. Gerou**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** /s/ John P. Driscoll          Date **August 1, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**John P. Driscoll**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone    **(608) 258-8555**    Email address    **jdriscoll@ks-lawfirm.com**

**1091318 WI**
Bar number and State

In re    **The Ohana Group, LLC**_____    Case No. _____

Debtor(s)

## FORM 1. VOLUNTARY PETITION
### Attachment A

**Business Information:**

**So Close to Home-Assisted Living, 202 Lakewood Terrace, Marshall , WI 53559;**

**Deerfield Place Assisted Living, 15 State Street, Deerfield, WI 53531**

**Eagle View Manor, 881 Collins Road, Jefferson, WI  53549**

**Fill in this information to identify the case:**

Debtor name    **The Ohana Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2023**          X  **/s/ Nikol S. Gerou**
                                                        Signature of individual signing on behalf of debtor

                                                        **Nikol S. Gerou**
                                                        Printed name

                                                        **Managing Member**
                                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Ohana Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meged Funding Group Corp. 12 Zeck COurt Suffern, NY 10901** | | **Business may be closed; unsecured business loan** | | | | **$20,000.00** |
| **Attorney Samantha Huddleston-Baker OVB Law & Consulting SC 839 N Jefferson Street, Suite 502 Milwaukee, WI 53202** | | **Legal Services** | | | | **$11,022.22** |
| **Petrie & Pettit SC Attn:  David J. Espin 250 E Wisconsin Avenue, Suite 1000 Milwaukee, WI 53202** | | **Legal Services** | | | | **$7,545.58** |
| **Margaret J. Bongard c/o Estate of Margaret J. Bongard 604 Woodberry Street Marshall, WI 53559** | | **Unknown** | | | | **$2,598.50** |
| **WhyNot Leasing LLC 1750 Elm Street, Suite 1200 Manchester, NH 03104** | | **Consumer Lease Agreement; purchase of LG HD Television set; socket tools; mechanic tools; hammer; pry bar; engine oil; Lessee is Nikol S Gerou** | | | | **$2,550.30** |

Debtor    **The Ohana Group, LLC**                                    Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **West Bend Mutual Insurance Company 1900 South 18th Avenue West Bend, WI 53095** | | **Insurance coverage for Deerfield Place Assisted Living LLC** | | | | **$2,494.16** |
| **Security Finance 376 S. Koeller St. Landmark Plaza Oshkosh, WI 54902** | | **Unsecured Business loan** | | | | **$921.00** |
| **Verizon by American InfoSource as Agent 4515 North Santa Fe Avenue Oklahoma City, OK 73118** | | **Cellular phone expense** | | | | **$802.59** |
| **LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587** | | **Acct#RSG-00248-722222218; Business credit card** | | | | **$582.85** |
| **Quantum3 Group LLC as Agent for Genesis FS Card Services In PO Box 788 Kirkland, WA 98083-0788** | | **Original creditor is The Bank of Missouri; Business credit card** | | | | **$434.85** |
| **TBOM/Milestone PO Box 4499 Beaverton, OR 97076** | | **Unsecured Business Loan** | | | | **$434.00** |
| **Oliver Adjustment Co. Inc. 3416 Roosevelt Road Kenosha, WI 53142** | | **NOTICE ONLY: Collection agent for unknown creditor** | | | | **$341.00** |
| **Resurgent Capital Services P.O. Box 10368 Greenville, SC 29603-0368** | | **Acct #RSG-02230-7212 40100; Business credit card** | | | | **$321.43** |
| **Professional Placement Services LLC 272 N. 12th Street Milwaukee, WI 53233** | | **Business expense** | | | | **$199.00** |

Debtor   **The Ohana Group, LLC**
            Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Radius Global Solutions LLC P.O. Box 390900 Minneapolis, MN 55439** | | **NOTICE ONLY: Collection agent for unknown creditor** | | | | $119.00 |
| **OpenSky Credit Card Center PO Box 660924 Dallas, TX 75266-0924** | | **Business credit card** | | | | $111.00 |
| | | | | | | |
| | | | | | | |

# United States Bankruptcy Court
### Western District of Wisconsin

In re   **The Ohana Group, LLC**                                      Case No. _____
                                    Debtor(s)              Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Nikol S. Gerou**<br>**W290 N4595 Tolbert Lane**<br>**Hartland, WI 53029** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  1, 2023**  _____        Signature   **/s/ Nikol S. Gerou**  _____
                                                                          **Nikol S. Gerou**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re    **The Ohana Group, LLC**                                    Case No.
                                          Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **August  1, 2023**                    **/s/ Nikol S. Gerou**
                                          **Nikol S. Gerou/Managing Member**
                                          Signer/Title

```
Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
PO Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Attorney Andrew John Rubsam
WI Dept of Workforce Development
PO Box 7888
Madison, WI 53707

Attorney Nathan Paul Olson
Olson Legal Group LLC
146 Algoma Blvd. Ste A
Oshkosh, WI 54901

Attorney Richard E. Stueckroth
Dobberstein Law Firm LLC
225 S. Executive Dr., Suite 201
Brookfield, WI 53005

Attorney Virginia E. George
Steinhilber Swanson
759 N. Milwaukee Street, Suite 305
Milwaukee, WI 53202

Care Properties LLC
501 South Main Street
PO Box 3006
Oshkosh, WI 54903

Attorney Dorothy Case
Case Law Firm
400 North Broadway
Milwaukee, WI 53202
```

Columbia County Clerk of Court
Columbia County Courthouse
400 De Witt Street
Portage, WI 53901

Dane County Treasurer
P.O. Box 1299
Madison, WI 53701-1299

Department of Workforce Development
Worker's Compensation
PO Box 7948
Madison, WI 53707-7948

Attorney Seth E. Dizard
O'Neil Cannon Hollman DeJong & Laing SC
111 E Wisconsin Ave Ste 1400
Milwaukee, WI 53202-4807

Attorney Marilyn A. Dreger
Dreger Law Office
7879 Flynn Drive
PO Box 930366
Verona, WI 53593-0366

First American Bank
Attn: Robert M. Niccolai, VP ComBanking
1650 Louis Avenue
Prospect Heights, IL 60070

First American Bank
7027 Green Bay Road
Kenosha, WI 53142

Attorney Daniel Habeck
Cramer Multhauf LLP
1601 E. Racine Ave. Ste. 200
Waukesha, WI 53186

Attorney Samantha Huddleston-Baker
OVB Law & Consulting SC
839 N Jefferson Street, Suite 502
Milwaukee, WI 53202

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson County Clerk of Courts
311 S. Center Ave.
Jefferson, WI 53549

Kapitus Servicing, Inc.
120 West 45th Street, 4th Floor
Attn: Michael Jesse Carlson
New York, NY 10036

Kapitus Servicing, Inc.
2500 Wilson Boulevard, Suite 350
ATTN: Bankrukptcy Correspondence Center
Arlington, VA 22201

Kenneth and Nikol Gerou
W290 N4595 Tolbert Lane
Hartland, WI 53029

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marde Investments, LLC
CareShare Assisted Living Inc.
5726 Debbie Lane
West Bend, WI 53095-9134

Margaret J. Bongard
c/o Estate of Margaret J. Bongard
604 Woodberry Street
Marshall, WI 53559

Mary L DeYoung
604 Woodberry Street
Marshall, WI 53559

Meged Funding Group Corp.
12 Zeck COurt
Suffern, NY 10901

Oliver Adjustment Co. Inc.
3416 Roosevelt Road
Kenosha, WI 53142

OpenSky Credit Card Center
PO Box 660924
Dallas, TX 75266-0924

Petrie & Pettit SC
Attn: David J. Espin
250 E Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202

PLS Financial Services Inc.
800 Jorie Boulevard, Suite 200
Oak Brook, IL 60523

Professional Placement Services LLC
272 N. 12th Street
Milwaukee, WI 53233

Quantum 3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Quantum3 Group LLC
as Agent for Genesis FS Card Services In
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions LLC
P.O. Box 390900
Minneapolis, MN 55439

Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Security Finance
376 S. Koeller St.
Landmark Plaza
Oshkosh, WI 54902

State of Wisconsin DWD
ATTN: Jessica Durso
PO Box 8914
Madison, WI 53708

Attorney Carter Bryan Stewart
222 W Washington Avenue, 7th Floor
Madison, WI 53703-2719

Strategic Funding Source, Inc.
120 West 45th Street 4th Floor
New York, NY 10036

TBOM/Milestone
PO Box 4499
Beaverton, OR 97076

Van Go Taxi Inc.
PO Box 454
Waunakee, WI 53597

Attorney John M. Van Lieshout
Reinhart Boerner Van Deuren SC
1000 Water Street, Suite 1700
Milwaukee, WI 53202

Attorney John M. Van Lieshout
PO Box 2695
Milwaukee, WI 53201-2695

Verizon by American InfoSource as Agent
4515 North Santa Fe Avenue
Oklahoma City, OK 73118

Verizon by American InfoSource as Agent
PO Box 4457
Houston, TX 77210-4457

Waukesha County Circuit Court
515 W. Moreland Blvd.
Waukesha, WI 53188

Waukesha State Bank
151 E. St. Paul Ave.
Waukesha, WI 53188

West Bend Mutual Insurance Company
1900 South 18th Avenue
West Bend, WI 53095

WhyNot Leasing LLC
1750 Elm Street, Suite 1200
Manchester, NH 03104

WI Dept of Workforce Development
Unemployment Insurance
PO Box 7888
Madison, WI 53707

# United States Bankruptcy Court
### Western District of Wisconsin

In re    **The Ohana Group, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **The Ohana Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nikol S. Gerou
W290 N4595 Tolbert Lane
Hartland, WI 53029**

☐ None [*Check if applicable*]

**August  1, 2023**

Date

**/s/ John P. Driscoll**

**John P. Driscoll**

Signature of Attorney or Litigant

Counsel for    **The Ohana Group, LLC**

**Krekeler Law, S.C.**
**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
**(608) 258-8555 Fax:(608) 258-8299**
**jdriscoll@ks-lawfirm.com**

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **The Ohana Group, LLC** _____    Case No. _____
                                          Debtor(s)                    Chapter    **11** _____

# DECLARATION RE: ELECTRONIC FILING

## PART I - DECLARATION OF PETITIONER:

I [We] _____ **Nikol S. Gerou** _____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given or will give my attorney and the information provided in the electronically filed petition, statements and schedules is true and correct.  I consent to my attorney sending my petition, this declaration, statements and schedules and any future amendments of these documents to the United States Bankruptcy Court, United States Trustee and Panel Trustee.  I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after the petition has been filed electronically but, in any event, no later than 5 business days after the petition has been filed.  I understand that failure to file the signed original of this **DECLARATION** may cause my case to be dismissed.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.  I request relief in accordance with the chapter specified in the petition.

[If petitioner is a corporation, partnership or limited liability entity]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Signed: _____        _____

              Debtor                                              Joint Debtor

**(If joint case, both spouses must sign)**

Dated:  **August  1, 2023** _____

_____
**Nikol S. Gerou**
Authorized Corporate Officer, Partner, or Member

## PART II - DECLARATION OF ATTORNEY:

I declare under penalty of perjury that the debtor(s) signed this Declaration before I submitted the petition, schedules, and statements.  I have informed the individual petitioner that he and/or she may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Dated:  **August  1, 2023** _____        Signed: _____
                                                          **John P. Driscoll**
                                                          Attorney for Debtor(s)
                                                          Wisconsin Bar No. **1091318 WI**
                                                          **26 Schroeder Court, Suite 300**
                                                          **Madison, WI 53711**
                                                          **(608) 258-8555**
                                                          **Fax:(608) 258-8299**
                                                          **jdriscoll@ks-lawfirm.com**

**(FILE ORIGINAL WITH COURT.  DO NOT FILE ELECTRONICALLY)**

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re   **The Ohana Group, LLC**                                    Case No.

_____      _____
                                        Debtor(s)         Chapter   **11**   _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Nikol S. Gerou**, declare under penalty of perjury that I am the **Managing Member** of  **The Ohana Group, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **JULY** day of __, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation is authorized and directed to employ **John P. Driscoll**, attorney and the law firm of **Krekeler Law, S.C.** to represent the corporation in such bankruptcy case."

**THE OHANA GROUP, LLC**

Date  August 1, 2023                              Signed  _/s/ Nikol S. Gerou_
_____                    _____
                                                    **By:  Nikol S. Gerou, Managing Member**

Resolution of Board of Directors
of
**The Ohana Group, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nikol S. Gerou, Managing Member** of this Corporation is authorized and directed to employ **John P. Driscoll**, attorney and the law firm of **Krekeler Law, S.C.** to represent the corporation in such bankruptcy case.

**THE OHANA GROUP, LLC**

Date  August 1, 2023 _____        Signed  */s/Nikol S. Gerou* _____
                                                                    **By:  Nikol S. Gerou, Managing Member**